**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| James Pittman, _____/ | NO. C 08-05375 JW |
| | NO. C 08-05810 JW |
| Haig P. Ashikian, et al., | NO. C 09-00121 JW |
| _____/ | NO. C 09-00122 JW |
| | NO. C 09-00187 JW |
| Peter Keller, | NO. C 09-00275 JW |
| | NO. C 09-00330 JW |
| _____/ | NO. C 09-01028 JW |
| William J. Gillis, Jr., | NO. C 09-03277 JW |
| _____/ | NO. C 09-03278 JW |
| | NO. C 09-03321 JW |
| Aaron Walters, | NO. C 09-03353 JW |
| _____/ | **ORDER CLOSING CASES** |
| Eulardi Tanseco, _____/ | |
| Jacob Medway, _____/ | |
| Jessica Alena Smith, et al., _____/ | |
| Timothy Ritchie, _____/ | |
| Onel Gonzales, et al., _____/ | |
| Avi Koschitzki, _____/ | |
| Alyce R. Payne, et al., _____/ | |
|         Plaintiffs,<br>  v.<br>Apple, Inc., et al.,<br>        Defendants. _____/ | |

1  On September 3, 2009, the parties in the above-captioned cases filed a Joint Motion to
2 Consolidate, in which they contended that all of these cases should be consolidated for pre-trial
3 purposes.[1] On September 22, 2009, the Court granted the parties' Joint Motion to Consolidate and
4 consolidated all of the above-captioned cases into the case of <u>In re Apple iPhone 3G Products</u>
5 <u>Liability Litigation</u>.[2]

6  Accordingly, pursuant to the Court's September 22 Order consolidating these cases into <u>In re</u>
7 <u>Apple iPhone 3G Products Liability Litigation</u>, the Clerk of Court shall immediately close these
8 cases.

10 Dated: March 26, 2012

JAMES WARE
United States District Chief Judge

United States District Court
For the Northern District of California

---

[1] (<u>See</u> Joint Notice of Motion and Motion to Consolidate Related Actions for Pre-Trial Purposes and to Permit Filing of Consolidated Master Complaint; Memorandum of Points and Authorities in Support Thereof, Docket Item No. 5 in No. MDL 09-02045 JW.)

[2] (<u>See</u> Order Following Case Management Conference; Consolidating Cases for MDL Purposes; and Adopting Plaintiffs' Proposed Class Counsel Structure at 2, hereafter, "September 22 Order," Docket Item No. 16 in No. MDL 09-02045 JW.)

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alan M. Mansfield alan@clgca.com
Alexis Alexander Phocas aap@classlitigation.com
Andrew David Muhlbach amuhlbach@mofo.com
Gordon M. Fauth gmf@classlitigation.com
Heather A. Moser hmoser@mofo.com
Penelope Athene Preovolos ppreovolos@mofo.com

Dated: March 26, 2012                               Richard W. Wieking, Clerk

                                                          By:      /s/ JW Chambers
                                                              Susan Imbriani
                                                              Courtroom Deputy

**United States District Court**
For the Northern District of California